UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: BIOMET M2a MAGNUM HIP )
IMPLANT PRODUCTS LIABILITY )
LITIGATION (MDL 2391) )                    CAUSE NO. 3:12-MD-2391 RLM
                                       )
_____ )
                                       )
This Document Relates to               )
All Cases                              )
_____ )

SCHEDULING ORDER

By agreement of the parties, the following scheduling order sets forth the

deadlines applicable to the remaining actions in this docket.

I. *Winding Up MDL Proceedings*

**A. Direct Filings/Conditional Transfers**

In an effort to wind up these proceedings, the provisions in Section III of

the February 15, 2013 and March 14, 2016 Case Management Orders [Doc. Nos.

242 and 3096] allowing direct filing in this Court will be vacated effective

**September 1, 2018**, and no direct filings will be allowed after that date. The

court will also ask the Judicial Panel on Multidistrict Litigation to cease the

issuance of Conditional Transfer Orders to this MDL as of **September 1, 2018**.

**B. Proposed Pretrial Order**

The parties shall submit a joint proposal and/or simultaneous proposals

as to the materials and communications (including the history of the MDL,

discovery conducted, and key rulings) for this court to transmit to the Judicial Panel on Multidistrict Litigation and ultimately to the trial courts at the time of remand of cases from this MDL by **July 2, 2018**. Any objections or responses to these proposals shall be filed by **August 2, 2018**.

### C. Expert Video Depositions

Consistent with the court's March 26, 2018 order [Doc. No. 3543], the parties shall complete any video depositions of their generic expert witnesses by **August 31, 2018**. Whether those depositions may be substituted for live testimony upon transfer or remand will be decided by the trial court.

## II. *Case Specific Discovery*

### A. Discovery Group 6

The court activates the pool of cases listed on attached **Exhibit A** as Group 6 for case-specific discovery. Completed and updated medical records authorizations for the Group 6 cases shall be provided to Biomet by **June 1, 2018.** The parties may engage in case-specific discovery relating to Group 6 cases until **February 26, 2019**. That discovery may include interrogatories, requests for production, requests for admission, and depositions of (a) the plaintiffs, (b) the implanting surgeon, (c) the revision surgeon, (d) the Biomet representative who processed the request for the product used during the implant surgery, (e) any separate Biomet representatives who were present in the operating room during the implant or revision surgery, and (f) one additional fact witness per side. The depositions will be scheduled in conjunction with a

plaintiff's counsel of record, who should expect to represent the plaintiff at the deposition; the PSC may, but isn't required to, attend these depositions.

### B. **Discovery Group 7**

The court will schedule a status conference in **September 2018** to address activation of Group 7 for purposes of case-specific discovery and the management of all remaining cases.

III. *Remand/Transfer*

### A. **Remand Group 1**

On or before **July 10, 2018**, the parties shall submit a list of cases to be included in Remand Group 1, which shall be comprised of all cases remaining in Discovery Groups 1 and 2. The list of cases to be remanded under 28 U.S.C. § 1407(a) or (if filed directly into this district while preserving venue elsewhere) transferred under 28 U.S.C. § 1404(a) should include the name of the plaintiff, identity of plaintiff's counsel, and the jurisdiction to which the plaintiff seeks remand or transfer. The parties shall have until **August 10, 2018,** to file any objections to the proposed list of remanded and/or transferred cases and/or the jurisdictions to which remand is being sought.

The court will, by **September 10, 2018,** issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation for all cases in Remand Group 1 that the Panel transferred to this court, provided any objections to remand have been resolved.

### B. **Remand Group 2**

On or before **September 28, 2018**, the parties shall submit to the court a list of cases to be included in Remand Group 2, which shall be comprised of all cases remaining in Discovery Groups 3 and 4. The list of cases to be remanded or transferred should include the name of the plaintiff, identity of plaintiff's counsel, and the jurisdiction to which the plaintiff seeks remand or transfer. The parties shall have until **October 29, 2018,** to file any objections to the proposed list of remanded cases and/or jurisdiction to which remand is being sought.

The court will, by **November 28, 2018,** issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation for all cases in Remand Group 1 that the Panel transferred to this court, provided any objections to remand have been resolved.

### C. **Remand Group 3**

On or before **December 28, 2018**, the parties shall submit to the court a list of cases to be included in Remand Group 3, which shall be comprised of all cases remaining in Discovery Groups 5 and 6. The proposed list of cases to be remanded or transfer should include the name of the plaintiff, identity of plaintiff's counsel, and the jurisdiction to which the plaintiff seeks remand or transfer. The parties shall have until **January 28, 2019,** to file any objections to the proposed list of remanded cases and/or jurisdictions to which remand is being sought.

The court will, by **February 28, 2019,** issue a Suggestion of Remand to the Judicial Panel on Multidistrict Litigation for all cases in Remand Group 1

that the Panel transferred to this court, provided any objections to remand have been resolved.

### D. <u>Remand of Remaining Cases</u>

The parties shall provide a proposal for the remand or transfer of cases that remain pending in this MDL that are not included in Remand Groups 1, 2, or 3 on or before **March 4, 2019**.

SO ORDERED.

ENTERED:   <u>   April 23, 2018   </u>


<u>          /s/ Robert L. Miller, Jr.          </u>

Judge, United States District Court

## Exhibit A

| Case Number | Plaintiff |
|---|---|
| 3:16-cv-0466 | Simpson, William Edward |
| 3:16-cv-0729 | Bennett, Clayton |
| 3:16-cv-0828 | Nieves, Maria |
| 3:16-cv-0850 | Kamrath, Janyce |
| 3:17-cv-0096 | Homel, Christie |
| 3:17-cv-0146 | Calhoun, Donald |
| 3:17-cv-0160 | Kays, Sharon |
| 3:17-cv-0183 | Cates, Larry |
| 3:17-cv-0189 | Blodgett, Douglas |
| 3:17-cv-0199 | Bauer, Donna |
| 3:17-cv-0244 | Buhler, David |
| 3:17-cv-0246 | Fritschle, John |
| 3:17-cv-0257 | Watkins, Charles |
| 3:17-cv-0258 | Ibarra, David |
| 3:17-cv-0273 | Laule, Carl |
| 3:17-cv-0280 | Davis, Robert |
| 3:17-cv-0281 | Kuhn, Marilyn |
| 3:17-cv-0295 | Rhodes, Carlos and Webster, Mary Ann |
| 3:17-cv-0300 | McClure, Gregory |
| 3:17-cv-0301 | Jager, Uwe |
| 3:17-cv-0303 | Ringley, Paulette |
| 3:17-cv-0343 | Krieg, Bernard |
| 3:17-cv-0345 | Nicholson, Molly |

| 3:17-cv-0354 | Johnson, Mary |
|---|---|
| 3:17-cv-0364 | Trudgeon, Gary |
| 3:17-cv-0367 | Nalder, Tammie |
| 3:17-cv-0370 | Ensor, Kay |
| 3:17-cv-0373 | Fitzsimmons, Mark |
| 3:17-cv-0382 | Gill, James and Lori |
| 3:17-cv-0415 | Hardison, Lynwood |
| 3:17-cv-0417 | Bryce, Maureen |
| 3:17-cv-0443 | Sandahl, Al |
| 3:17-cv-0445 | Shattuck, Johanne |
| 3:17-cv-0504 | Folmar, Leonard |
| 3:17-cv-510 | Draude, Karen |
| 3:17-cv-0512 | Brewer, John |
| 3:17-cv-0513 | Burnett, Marvin |
| 3:17-cv-0514 | Cottrell, William |
| 3:17-cv-0515 | Francis, Beverly |
| 3:17-cv-0516 | Honeycutt, Valena |
| 3:17-cv-0517 | Lyon, Jenny |
| 3:17-cv-0518 | Sikut, Michael |
| 3:17-cv-0532 | Lyons, William |
| 3:17-cv-0542 | Summers, Melissa |
| 3:17-cv-0571 | Eanes, Scott |
| 3:17-cv-0572 | Whitten, Gregory |
| 3:17-cv-0600 | Scott, Shawn |
| 3:17-cv-0610 | Gillespie, Deborah |
| 3:17-cv-0630 | Bruce, Elizabeth and Patton |
| 3:17-cv-0640 | Walton, Beverly & Terry |
| 3:17-cv-0643 | DeLuca, Racci |
| 3:17-cv-0674 | Moore, Michael |

| | |
|---|---|
| 3:17-cv-0706 | Poulson, Gloria |
| 3:17-cv-0732 | Walker, Sterling |
| 3:17-cv-0743 | Hooks, Jarmel |
| 3:17-cv-0747 | McDaniel, Kenneth Richard |
| 3:17-cv-0746 | McNaughton, Janice |
| 3:17-cv-0768 | Patroni, Peter |
| 3:17-cv-0777 | Brown, Francis |
| 3:17-cv-0779 | Cotton, Pamela |
| 3:17-cv-0788 | Martin, Alvin |
| 3:17-cv-0795 | Nagurney, Judith |
| 3:17-cv-0808 | Thatcher, Jeffery |
| 3:17-cv-0836 | Wright, Patricia |
| 3:17-cv-0889 | Wertz, Gloria |
| 3:17-cv-0957 | McLevis, Ronald |